No. 69626.—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 65/5442, etc. (New York).

Opinion by NICHOLS, J.   In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 24, 1965

No. 69627.—Polk's Model Craft Hobbies, Inc. *v.* United States, protest 64/10624 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.

No. 69628.—J. C. De Jong & Co., Inc. *v.* United States, protests 60/30304, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiff was sustained.